IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGELA HOUSEMAN,                    No.  CIV.S-05-0946 DAD

    Plaintiff,

    v.                              ORDER

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendant.
_____/

        By order filed January 30, 2006, plaintiff was directed to show cause in writing within twenty days why this case should not be dismissed for lack of prosecution.  On February 21, 2006, plaintiff filed a response to the order along with a motion for summary judgment.

/////

/////

/////

/////

1

1        Accordingly, the order to show cause filed on January 30,
2 2006, is HEREBY DISCHARGED.  This matter will proceed according to
3 the terms of the court's scheduling order filed May 13, 2005.
4 DATED: February 24, 2006.

                                                                                                       /s/ Dale A. Drozd
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:lg
Ddad1/orders.socsec/houseman0946.dischargeOSC